# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| **Case Number:** | 21-09102 DLT | | **Trustee:** | Gus A. Paloian |
|---|---|---|---|---|
| **Case Name:** | Aleksey Polyakov | | **Filed (f) or Converted (c):** | 07/30/21 (f) |
| | | | **§341(a) Meeting Date:** | 08/25/21 |
| **Period Ending:** | 06/30/22 | | **Claims Bar Date:** | 12/01/21 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Time Share Orange Lake Resorts | 2,000.00 | 0.00 | | 0.00 | FA |
| 2 | Furniture and home goods | 250.00 | 250.00 | | 0.00 | FA |
| 3 | Cell phone, home electronics | 250.00 | 250.00 | | 0.00 | FA |
| 4 | Used clothes | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Watch, ring | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Checking Chase Bank, held in the name of The Aleksey Polyakov Revocable Trust | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Mid-America Rehabilitation Consultants SC (closed in 2014) | 0.00 | 0.00 | | 0.00 | FA |
| 9 | IRA Fidelity (last deposits made in 2014) | 80,000.00 | 0.00 | | 0.00 | FA |
| 10 | MetLife Life Insurance | 44,000.00 | 0.00 | | 38,829.86 | FA |
| 11 | Brighthouse Life Insurance (u) | 0.00 | 8,420.50 | | 9,165.81 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$127,550.00** | **$8,920.50** | | **$47,995.67** | **$0.00** |

**Major activities affecting case closing:**
The Trustee (1) objected to Debtor's Claimed Exemption, and (2) filed a motion for turnover of cash surrender values on 2 insurance policies: Brighthouse and MetLife. In May, 2022, the insurance companies turned over the cash surrender proceeds. Trustee's accountant is preparing final estate tax returns. The Trustee will prepare and submit a final report on or before 12/31/22.

**Initial Projected Date of Final Report (TFR):** December 31, 2022     **Current Projected Date of Final Report (TFR):** December 31, 2022

| July 26, 2022 | /s/ Gus A. Paloian |
|---|---|
| Date | Gus A. Paloian |

## Form 2
## Cash Receipts and Disbursements Record

| **Case Number:** | 21-09102 DLT | | **Trustee:** | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| **Case Name:** | Aleksey Polyakov | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******0992 - Checking |
| **Taxpayer ID#:** | ******3173 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period:** | 07/01/21 - 06/30/22 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/02/22 | Asset #10 | MetLife Insurance Co.. | TURNOVER OF CASH SURRENDER VALUE OF INSURANCE POLICY | 1129-001 | 38,829.86 | | 38,829.86 |
| 05/05/22 | Asset #11 | Brighthouse Life Insurance Company | TURNOVER OF CASH SURRENDER VALUE OF LIFE INSURANCE POLICY | 1229-000 | 9,165.81 | | 47,995.67 |
| 05/06/22 | 1001 | Aleksey Polyakov | | 8100-002 | | 5,750.00 | 42,245.67 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.88 | 42,180.79 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 69.48 | 42,111.31 |

|  |  |  |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 47,995.67 | 5,884.36 | **$42,111.31** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 47,995.67 | 5,884.36 | |
| Less: Payment to Debtors | | 5,750.00 | |
| **NET Receipts / Disbursements** | **$47,995.67** | **$134.36** | |

| Net Receipts: | $47,995.67 |
| --- | --- |
| Less Payments to Debtor: | 5,750.00 |
| Net Estate: | $42,245.67 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******0992** | 47,995.67 | 134.36 | 42,111.31 |
| | $47,995.67 | $134.36 | $42,111.31 |